**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BOGUSTAWA "BONNIE" FREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 12-cv-6284 |
| v. ) | |
| ) | |
| HOLIDAY INN EXPRESS, HOTEL ) | |
| COLEMAN, AND VAUGHN HOSPITALITY, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT INTERCONTINENTAL'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Defendant InterContinental Hotels Group Resources, Inc. ("InterContinental"), by its attorneys Seyfarth Shaw LLP, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss plaintiff's first amended complaint as to InterContinental with prejudice. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, InterContinental respectfully requests that the Court dismiss plaintiff's first amended complaint as to InterContinental.

Dated: August 16, 2012

Respectfully submitted,

INTERCONTINENTAL HOTELS GROUP
RESOURCES, INC.

By     s/ Barbara H. Borowski
         One of Its Attorneys

Ellen E. McLaughlin
Barbara H. Borowski
SEYFARTH SHAW LLP
131 South Dearborn Street,
Suite 2400
Chicago, Illinois  60603-5577
(312) 460-5000

# **CERTIFICATE OF SERVICE**

    I, Barbara H. Borowski, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing MOTION TO DISMISS to be served upon the following via U.S. mail and CM/ECF notice on this 16th day of August, 2012:

>Justin G. Randolph
>Law Offices of Justin G. Randolph
>53 W. Jackson, Ste. 557
>Chicago, Illinois 60604
>
>Robert J. Wagner
>Law Offices of Robert J. Wagner
>108 Walkup Ave.
>Crystal Lake, Illinois 60014

                                                    s/ Barbara H. Borowski
                                                      Barbara H. Borowski