**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BOGUSTAWA FREY ) | |
| Plaintiff, ) | |
| ) | Case No. 12-cv-06284 |
| ) | |
| ) | Honorable John J. Tharp |
| ) | |
| HOLIDAY INN EXPRESS ET AL., ) | |
| ) | |

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS
PURSUANT TO FRCP 54 (d)**

Plaintiff, by and through counsel, hereby files her Motion for Attorneys' Fees and Costs, pursuant to F.R.C.P 54(d) and 775 ILCS 5/8A-104(G). Plaintiff requests an award of attorneys' fees in the amount of $140,580.00 and costs in the amount of $924.65 representing amounts incurred through February 22, 2017. Plaintiff reserves the right to submit a supplemental motion for any later fees or costs.

Plaintiff, Bogustawa "Bonnie" Frey, began working for the Holiday Inn Express in Algonquin, IL in August 2008. The hotel, a Hotel Intercontinental franchised owned by defendant Hotel Coleman, was managed by defendant Vaughn Hospitality, a company with one employee, Michael Vaughn. During her employment she was subjected to sexual harassment and pregnancy discrimination by Michael Vaughn and his daughter, Jennifer Vaughn. Ms. Frey filed a complaint of sexual harassment and pregnancy discrimination on March 15, 2010, while on maternity leave. Jennifer Vaughn terminated Ms. Frey on April 19, 2010 a mere week after Ms. Frey returned to the hotel after her maternity leave. Jennifer Vaughn claimed that Ms. Frey stole Chili's gift cards and her phone.

1

Ms. Frey, knowing Jennifer Vaughn's claims to be false, filed a complaint of retaliation against various defendants, including Vaughn Hospitality. A jury heard the matter on February 6 and February 7, 2017 and returned a verdict in Ms. Frey's favor.

**Standard**

Under 775 ILCS 5/8A-104, a variety of relief becomes available, including attorneys' fees and costs, upon a finding of a civil rights violation. As the jury found that defendant, Vaughn Hospitality, violated Ms. Frey's civil rights after they terminated her, on April 19, 2010, because she opposed unlawful sexual harassment and pregnancy discrimination suffered at the hands of Michael Vaughn and Jennifer Vaughn, Ms. Frey is entitled to reasonable attorneys' fees and costs.

**Attorneys' Fees**

Ms. Frey entered into a contingency fee agreement with counsel, agreeing to 33% of any recovery reduced by attorney's fees awarded by the court under the relevant fee-shifting statute. The retainer was waived and hourly fee passed on because Ms. Frey was unemployed and simply could not afford such fees.

The rate of $450.00[1] per billable hour is common and reasonable for attorneys with 17 years of experience and for a civil rights case of this nature which proceeded all the way to a multi-day trial with numerous witnesses. In fact, a higher rate is warranted for cases that go to trial. *Henry v. Weibermeir and Garden Village, Inc.*, 738 F.2d 188, 194-95 (7th Cir. 1984).

As shown by the record of time, the number of hours expended were reasonable,

---

[1] The Illinois Human Rights Commission has determined that in contingency fee cases, as counsel has generally not been compensated for the case, use of the attorney's rate at the time of the finding of a civil rights violation is appropriate. *In re Smith & Professional Service Industries, Inc.*, Charge No. 1987CN1189, 1993 WL 818049 (IHRC May 7, 1993)

necessary for the case, related to the retaliation claim, and not duplicative.

**Costs**

To litigate her case Ms. Frey paid a variety of court fees and court reporter fees:

Cook County Court Fees: $599.00

McHenry Co. Sheriff: $46.65

Champaign Co. Sheriff: $39.00

Toomey Court Reporting: $240.00

**Total: $924.65**

## Conclusion

As discussed above, Plaintiff proved defendant committed a civil rights violation, triggering the Illinois Human Rights Act fee-shifting provision. Plaintiff is eligible for and entitled to recover its fees and costs from defendant in this matter. Plaintiff's fees are reasonable and supported by the attached affidavits and time records. Plaintiff moves the Court to award Plaintiff $140,580.00 in fees and $924.65 in costs.

RESPECTFULLY SUBMITTED,
BOGUSTAWA FREY,

/s/Justin G. Randolph
Justin G. Randolph
Complainant's Attorney

Justin G. Randolph
Attorneys for Plaintiff
53 W. Jackson, Ste. 1234
Chicago, IL 60604
(312) 663-1560

Law Office of Justin G. Randolph
53 W JACKSON BLVD STE 1234
CHICAGO IL  60604
United States
Phone: 3126631560

INVOICE



Bonnie Frey

| | |
|---|---|
| **Invoice #:** | FREY v V.H |
| **Date:** | February 22, 2017 |
| **Balance Due (USD):** | $140,580.00 |

| Task | Time Entry Notes | Rate ($) | Hours | Line Total ($) |
|---|---|---|---|---|
| General | [Frey 01/20/10] Justin Randolph: Client Intake Retainer | 450.00 | 2.3 | 1,035.00 |
| General | [Frey 03/02/10] Justin Randolph: IDHR Charge Preparation | 450.00 | 1.2 | 540.00 |
| General | [Frey 03/15/10] Justin Randolph: File Charge with IDHR | 450.00 | 1 | 450.00 |
| General | [Frey 04/17/10] Justin Randolph: Client Call | 450.00 | 0.3 | 135.00 |
| General | [Frey 04/19/10] Justin Randolph: Client Call | 450.00 | 0.7 | 315.00 |
| Pleadings | [Frey 09/12/10] Justin Randolph: Prepare Retaliation Charges | 450.00 | 3.1 | 1,395.00 |
| General | [Frey 10/08/10] Justin Randolph: Retaliation Charge prep | 450.00 | 0.8 | 360.00 |
| General | [Frey 10/12/10] Justin Randolph: Finalize Charge/Retaliation Charge to Client | 450.00 | 1 | 450.00 |
| General | [Frey 10/15/10] Justin Randolph: File Charge of Retaliation IDHR/EEOC | 450.00 | 1 | 450.00 |
| Pleadings | [Frey 12/09/11] Justin Randolph: Prepare Complaint | 450.00 | 1.3 | 585.00 |
| Pleadings | [Frey 12/12/11] Justin Randolph: File Cook County Complaint/Appearance/Civ Cov Sheet. | 450.00 | 1 | 450.00 |
| Court Appearance | [Frey 02/16/12] Justin Randolph: Case Management Conference 2202 | 450.00 | 1 | 450.00 |
| Pleadings | [Frey 07/01/12] Justin Randolph: Prepare amended complaint | 450.00 | 1.6 | 720.00 |
| Pleadings | [Frey 07/03/12] Justin Randolph: Filed amended complaint | 450.00 | 1 | 450.00 |
| Pleadings | [Frey 09/19/12] Justin Randolph: Motion to extend briefing sched | 450.00 | 1 | 450.00 |
| Pleadings | [Frey 02/06/13] Justin Randolph: 26a disclosures | 450.00 | 2 | 900.00 |
| Pleadings | [Frey 02/17/13] Justin Randolph: prep discovery | 450.00 | 5 | 2,250.00 |
| General | [Frey 02/19/13] Justin Randolph: Draft/Serve Interrogatories, RTA, PRs - VH | 450.00 | 3.1 | 1,395.00 |
| General | [Frey 02/21/13] Justin Randolph: Notice of Deposition VH | 450.00 | 0.5 | 225.00 |
| Discovery | [Frey 06/06/13] Justin Randolph: Review VH response to discovery requests | 450.00 | 2.1 | 945.00 |
| Discovery | [Frey 08/20/13] Justin Randolph: Discovery preparation | 450.00 | 2 | 900.00 |
| Discovery | [Frey 08/27/13] Justin Randolph: Prep responses | 450.00 | 6 | 2,700.00 |
| Discovery | [Frey 08/29/13] Justin Randolph: Disc resp continued | 450.00 | 1 | 450.00 |
| Discovery | [Frey 09/04/13] Justin Randolph: Disc to defs | 450.00 | 0.5 | 225.00 |
| Pleadings | [Frey 09/06/13] Justin Randolph: Motion to compel Notice of Dep | 450.00 | 3 | 1,350.00 |

| | | | | |
|---|---|---|---|---|
| Depositions | [Frey 09/17/13] Justin Randolph: Deposition and prep | 450.00 | 2.5 | 1,125.00 |
| Depositions | [Frey 10/15/13] Justin Randolph: Prep and deposition | 450.00 | 4.9 | 2,205.00 |
| Depositions | [Frey 10/21/13] Justin Randolph: Coleman prep & deposition | 450.00 | 2.3 | 1,035.00 |
| Depositions | [Frey 10/23/13] Justin Randolph: Dep prep and dep of Mike Vaughn | 450.00 | 3.6 | 1,620.00 |
| Pleadings | [Frey 01/17/14] Justin Randolph: Review VH MSJ | 450.00 | 4 | 1,800.00 |
| Pleadings | [Frey 01/18/14] Justin Randolph: Review VH MSJ, begin drafting response | 450.00 | 7.9 | 3,555.00 |
| Pleadings | [Frey 02/14/14] Justin Randolph: Response to VH MSJ | 450.00 | 6.1 | 2,745.00 |
| Pleadings | [Frey 02/17/14] Justin Randolph: Response to VH MSJ | 450.00 | 7.3 | 3,285.00 |
| General | [Frey 03/11/14] Justin Randolph: Review VH Reply | 450.00 | 1 | 450.00 |
| Pleadings | [Frey 03/20/14] Justin Randolph: Motion for Leave to Amend Response to MSJ | 450.00 | 1 | 450.00 |
| Pleadings | [Frey 03/22/14] Justin Randolph: Corrected Rule 56 Statement | 450.00 | 0.5 | 225.00 |
| General | [Frey 04/14/14] Justin Randolph: Review VH reply to corrected SOF | 450.00 | 0.5 | 225.00 |
| General | [Frey 11/04/15] Justin Randolph: Status VH | 450.00 | 0.5 | 225.00 |
| Court Appearance | [Frey 11/17/16] Justin Randolph: Status: Judge Tharp - PSH | 450.00 | 1 | 450.00 |
| General | [Frey 11/19/16] Justin Randolph: Reviewing Charge of Discrimination and related documents -PSH | 450.00 | 0.4 | 180.00 |
| General | [Frey 11/20/16] Justin Randolph: Reviewing Complaint filed in Circuit Court of Cook county and removal documents - PSH | 450.00 | 0.3 | 135.00 |
| General | [Frey 11/20/16] Justin Randolph: Reviewing Defendant Hotel Coleman Answer and Affirmative Defenses - PSH | 450.00 | 0.5 | 225.00 |
| General | [Frey 11/21/16] Justin Randolph: Reviewing Defendant Intercontinental Hotel Group Motion to Dismiss and Memorandum in Support - PSH | 450.00 | 1.5 | 675.00 |
| General | [Frey 11/21/16] Justin Randolph: Reviewing Plaintiff's Response to Defendant Intercontinental Motion to Dismiss - PSH | 450.00 | 1.2 | 540.00 |
| General | [Frey 11/21/16] Justin Randolph: Reviewing Defendant Intercontinental Reply in Support of Motion to Dismiss - PSH | 450.00 | 0.9 | 405.00 |
| General | [Frey 11/22/16] Justin Randolph: Reviewing Defendant Intercontinental Reply in Support of Motion to Dismiss -PSH | 450.00 | 0.8 | 360.00 |
| General | [Frey 11/22/16] Justin Randolph: Review Plaintiff's Requests to Admit to Hotel Coleman -PSH | 450.00 | 0.3 | 135.00 |
| Discovery | [Frey 11/22/16] Justin Randolph: Reviewing Plaintiff's Discovery served upon Defendants Vaughn Hospitality and Hotel Coleman - PSH | 450.00 | 1.5 | 675.00 |
| Discovery | [Frey 11/22/16] Justin Randolph: Reviewing Hotel Coleman's Responses to Requests to Admit - PSH | 450.00 | 0.8 | 360.00 |
| General | [Frey 11/28/16] Justin Randolph: Reviewing Vaughn Hospitality's Motion of Summary Judgment - PSH | 450.00 | 2.5 | 1,125.00 |
| General | [Frey 11/28/16] Justin Randolph: Reviewing Vaughn Hospitality's Statement of Facts in Support of Motion for Summary Judgment and accompanying exhibits - PSH | 450.00 | 1.5 | 675.00 |
| General | [Frey 11/29/16] Justin Randolph: Reviewing Plaintiff's Motion for Summary Judgment against Defendant Hotel Coleman and reviewing Statement of Facts In Support of Plaintiff's Motion for Summary Judgment against Defendant Hotel Coleman and accompanying exhibits - PSH | 450.00 | 3.5 | 1,575.00 |

| | | | | |
|---|---|---|---|---|
| General | [Frey 11/29/16] Justin Randolph: Reviewing Plaintiff's Response to Vaughn Hospitality's Motion of Summary Judgment and Plaintiff's Response to Defendant Vaughn's Statement of Facts in Support of Motion for Summary Judgment - PSH | 450.00 | 2.8 | 1,260.00 |
| General | [Frey 11/30/16] Justin Randolph: Reviewing Vaughn Hospitality's Reply in Support of its Motion for Summary Judgment and Vaughn Hospitality's Response to Plaintiff's Statement of Additional Facts - PSH | 450.00 | 2.5 | 1,125.00 |
| General | [Frey 12/01/16] Justin Randolph: Reviewing Court's Memorandum and Opinion granting Plaintiff's Motion for Summary Judgment against Hotel Coleman - PSH | 450.00 | 1.5 | 675.00 |
| General | [Frey 12/01/16] Justin Randolph: Reviewing Court's Memorandum and Opinion granting Defendant Vaughn Hospitality's Motion for Summary Judgment - PSH | 450.00 | 1.8 | 810.00 |
| General | [Frey 12/01/16] Justin Randolph: Reviewing cases cited in Court's Memorandum and Opinion granting Defendant Vaughn Hospitality's Motion for Summary Judgment - PSH | 450.00 | 3.8 | 1,710.00 |
| General | [Frey 12/01/16] Justin Randolph: Reviewing Illinois Human Rights Act and state and federal caselaw to determine whether an employer who is an individual can be an employer for purposes of sexual harassment and pregnancy discrimination under the Act. - PSH | 450.00 | 3.2 | 1,440.00 |
| General | [Frey 12/02/16] Justin Randolph: Reviewing Plaintiff's Motion for Summary Judgment as to damages against Hotel Coleman - PSH | 450.00 | 1.2 | 540.00 |
| General | [Frey 12/02/16] Justin Randolph: Reviewing Plaintiff's supplemental filing in support of her Motion for Summary Judgment as to damages against Hotel Coleman - PSH | 450.00 | 0.7 | 315.00 |
| General | [Frey 12/04/16] Justin Randolph: Reviewing Plaintiff's document production to Vaughn Hospitality - PSH | 450.00 | 4.5 | 2,025.00 |
| General | [Frey 12/05/16] Justin Randolph: Continued reviewing Plaintiff's document production to Vaughn Hospitality - PSH | 450.00 | 3.8 | 1,710.00 |
| General | [Frey 12/05/16] Justin Randolph: Reviewing Vaughn Hospitality's document production to Plaintiff - PSH | 450.00 | 1.5 | 675.00 |
| General | [Frey 12/05/16] Justin Randolph: Reviewing Vaughn Hospitality's Responses to Plaintiff's Interrogatories - PSH | 450.00 | 1 | 450.00 |
| General | [Frey 12/06/16] Justin Randolph: Reviewing IDHR documents from Plaintiff's Charge including Investigator's Findings and Exhibits - PSH | 450.00 | 2 | 900.00 |
| General | [Frey 12/07/16] Justin Randolph: Reviewing Plaintiff's mitigation documents (tax returns, employment searches, paystubs, etc.) - PSH | 450.00 | 1.5 | 675.00 |
| Pleadings | [Frey 01/09/17] Justin Randolph: Calls with PSH. PT memo, MIL, Jury Instructions | 450.00 | 12.5 | 5,625.00 |
| General | [Frey 01/09/17] Justin Randolph: Telephone conference with JGR to discuss pre-trial memorandum, jury instructions, motions in limine and necessary research - PSH | 450.00 | 1.2 | 540.00 |
| General | [Frey 01/09/17] Justin Randolph: Reviewing Seventh Circuit cases to obtain guidance on preparing jury instruction for retaliation claim under Illinois Human Rights Act - PSH | 450.00 | 3.5 | 1,575.00 |
| General | [Frey 01/09/17] Justin Randolph: Telephone conference with JGR to discuss potential witnesses and witness preparation - PSH | 450.00 | 0.8 | 360.00 |

| | | | | |
|---|---|---|---|---|
| General | [Frey 01/09/17] Justin Randolph: Reviewing seventh circuit and IPI pattern jury instructions to craft a jury instruction for retaliation claim under IHRA - PSH | 450.00 | 1 | 450.00 |
| General | [Frey 01/09/17] Justin Randolph: Reviewing caselaw on exclusion from trial of EEO decision/Illinois Human Rights Department decisions from - PSH | 450.00 | 1.5 | 675.00 |
| General | [Frey 01/10/17] Justin Randolph: Trial Preparation, PT memo, JI | 450.00 | 5.2 | 2,340.00 |
| General | [Frey 01/10/17] Justin Randolph: Review JGR draft of pre-trial memorandum and jury instructions - PSH | 450.00 | 1 | 450.00 |
| General | [Frey 01/10/17] Justin Randolph: Telephone conference with JGR to discuss exhibits - PSH | 450.00 | 1.1 | 495.00 |
| General | [Frey 01/10/17] Justin Randolph: Revise JGR draft of pre-trial memorandum and jury instructions - PSH | 450.00 | 2.1 | 945.00 |
| General | [Frey 01/10/17] Justin Randolph: Reviewing and selecting exhibits to list in pre-trial memorandum - PSH | 450.00 | 1.2 | 540.00 |
| Pleadings | [Frey 01/10/17] Justin Randolph: Draft motion in limine regarding exclusion of IDHR findings - PSH | 450.00 | 1.2 | 540.00 |
| General | [Frey 01/10/17] Justin Randolph: Draft motion in limine to exclude witnesses during testimony - PSH | 450.00 | 0.3 | 135.00 |
| Pleadings | [Frey 01/10/17] Justin Randolph: Final revisions to draft of pretrial memo before submitting to Defendant's counsel - PSH | 450.00 | 0.9 | 405.00 |
| General | [Frey 01/11/17] Justin Randolph: Trial Preparation<br>Jury Instructions<br>Motions in Limine<br>Pre-Trial Memo | 450.00 | 6.1 | 2,745.00 |
| General | [Frey 01/11/17] Justin Randolph: Review and revise proposed jury instructions - PSH | 450.00 | 0.6 | 270.00 |
| General | [Frey 01/11/17] Justin Randolph: Telephone conference with JGR to discuss proposed jury instructions and motion in limine regarding exclusion of IDHR finding of lack substantial evidence – PSH | 450.00 | 0.4 | 180.00 |
| General | [Frey 01/11/17] Justin Randolph: Review and revise motion in limine regarding exclusion of IDHR finding of lack substantial evidence based on discussion with JGR. - PSH | 450.00 | 0.8 | 360.00 |
| General | [Frey 01/11/17] Justin Randolph: Final review and revisions to proposed jury instructions before submission to Defendant's counsel - PSH | 450.00 | 0.3 | 135.00 |
| Discovery | [Frey 01/11/17] Justin Randolph: review supplemental production from VH | 450.00 | 0.5 | 225.00 |
| General | [Frey 01/12/17] Justin Randolph: PT memo, jury instructions, Motions IL, Voir Dire | 450.00 | 9.2 | 4,140.00 |
| General | [Frey 01/12/17] Justin Randolph: Reviewing Defendant's proposed voir dire - PSH | 450.00 | 0.6 | 270.00 |
| General | [Frey 01/12/17] Justin Randolph: Reviewing Defendant's proposed joint jury instructions with redline - PSH | 450.00 | 0.9 | 405.00 |
| General | [Frey 01/12/17] Justin Randolph: Telephone conference with JGR to discuss proposed voir dire and proposed joint jury instructions - PSH | 450.00 | 0.3 | 135.00 |
| General | [Frey 01/12/17] Justin Randolph: Reviewing Defendant Vaughn Hospitality's 26(a)(1) disclosures - PSH | 450.00 | 0.5 | 225.00 |

| | | | | |
|---|---|---|---|---|
| General | [Frey 01/12/17] Justin Randolph: Reviewing Defendant Vaughn Hospitality's motion in limine to exclude mention of previously dismissed claims - PSH | 450.00 | 0.6 | 270.00 |
| General | [Frey 01/15/17] Justin Randolph: Reviewing cases cited in Defendant Vaughn Hospitality's motion in limine to exclude mention of previously dismissed claims - PSH | 450.00 | 1.5 | 675.00 |
| General | [Frey 01/17/17] Justin Randolph: Drafting response to Defendant Vaughn Hospitality's motion in limine to exclude mention of previously dismissed claims - PSH | 450.00 | 1.5 | 675.00 |
| General | [Frey 01/19/17] Justin Randolph: Completed final draft of Plaintiff's response to Defendant Vaughn Hospitality's motion in limine to exclude mention of previously dismissed claims - PSH | 450.00 | 0.8 | 360.00 |
| Court Appearance | [Frey 01/31/17] Justin Randolph: Court appearance for pre-trial conference before Judge Tharp - PSH | 450.00 | 1.5 | 675.00 |
| General | [Frey 01/31/17] Justin Randolph: PT Conference | 450.00 | 1.5 | 675.00 |
| General | [Frey 02/01/17] Justin Randolph: Telephone conference with JGR to discuss proposed stipulation on previously dismissed claims - PSH | 450.00 | 0.3 | 135.00 |
| Meetings | [Frey 02/01/17] Justin Randolph: Ph Conference with PSH re stips & trial issues | 450.00 | 3.4 | 1,530.00 |
| General | [Frey 02/01/17] Justin Randolph: Telephone conference with JGR to discuss witness order, witness preparation, exhibits to be used with each witness and potential testimony - PSH | 450.00 | 1.2 | 540.00 |
| Meetings | [Frey 02/01/17] Justin Randolph: Telephone conference with JGR to discuss potential testimony of Vaughn Hospitality's witnesses, who will handle cross examination, possible issues - PSH | 450.00 | 1.8 | 810.00 |
| Meetings | [Frey 02/02/17] Justin Randolph: JR & PSH Client Meeting, Trial Preparation | 450.00 | 8.3 | 3,735.00 |
| Meetings | [Frey 02/02/17] Justin Randolph: Met with Plaintiff and Ian Frey for to prepare for trial - PSH | 450.00 | 6.2 | 2,790.00 |
| General | [Frey 02/02/17] Justin Randolph: Telephone conference with Defendant's counsel to discuss stipulation - PSH | 450.00 | 0.3 | 135.00 |
| General | [Frey 02/02/17] Justin Randolph: Telephone conference with JGR to discuss court appearance for continued pre-trial on February 3, 2017, witness preparation, trial strategy - PSH | 450.00 | 2.2 | 990.00 |
| Court Appearance | [Frey 02/03/17] Justin Randolph: Court appearance for continued pre-trial conference - PSH | 450.00 | 1 | 450.00 |
| General | [Frey 02/03/17] Justin Randolph: ELMO tutorial, JI review | 450.00 | 1.5 | 675.00 |
| General | [Frey 02/03/17] Justin Randolph: Reviewing Judge Tharp's draft of proposed jury instructions - PSH | 450.00 | 1.5 | 675.00 |
| General | [Frey 02/04/17] Justin Randolph: Prepare for Jennifer Vaughn direct/cross examination - PSH | 450.00 | 3.2 | 1,440.00 |
| General | [Frey 02/04/17] Justin Randolph: Prepare for Michael Vaughn direct/cross examination - PSH | 450.00 | 2.5 | 1,125.00 |
| General | [Frey 02/04/17] Justin Randolph: Prepare for Melody Strauss Direct Examination - PSH | 450.00 | 1.8 | 810.00 |
| General | [Frey 02/05/17] Justin Randolph: Prepare and rehearse opening statement - PSH | 450.00 | 3.2 | 1,440.00 |
| General | [Frey 02/05/17] Justin Randolph: Telephone conference with JGR to discuss trial preparation/strategy - PSH | 450.00 | 1.2 | 540.00 |
| Meetings | [Frey 02/05/17] Justin Randolph: Phone conference re trial with PSH | 450.00 | 1.2 | 540.00 |

| | | | | |
|---|---|---|---|---|
| Court Appearance | [Frey 02/06/17] Justin Randolph: Trial/witness prep, Trial Day 1, Day 2 Prep for Trial | 450.00 | 16.5 | 7,425.00 |
| General | [Frey 02/06/17] Justin Randolph: Met with Plaintiff and Ian Frey to prepare for trial - PSH | 450.00 | 1.5 | 675.00 |
| Court Appearance | [Frey 02/06/17] Justin Randolph: Court appearance for jury trial - PSH | 450.00 | 9.5 | 4,275.00 |
| General | [Frey 02/06/17] Justin Randolph: Telephone conference with JGR and Melody Strauss to discuss trial - PSH | 450.00 | 1.2 | 540.00 |
| General | [Frey 02/06/17] Justin Randolph: Telephone conference with JGR and Dan Kendrick to discuss trial - PSH | 450.00 | 0.5 | 225.00 |
| Meetings | [Frey 02/06/17] Justin Randolph: With JGR to discuss strategy and planning next day of trial - PSH | 450.00 | 1.8 | 810.00 |
| General | [Frey 02/06/17] Justin Randolph: Prepare and rehearse closing rebuttal - PSH | 450.00 | 2.5 | 1,125.00 |
| Court Appearance | [Frey 02/07/17] Justin Randolph: Day 2 Prep & Trial | 450.00 | 11.6 | 5,220.00 |
| General | [Frey 02/07/17] Justin Randolph: Met with Melody Strauss to prepare for trial testimony - PSH | 450.00 | 1.6 | 720.00 |
| Court Appearance | [Frey 02/07/17] Justin Randolph: Court appearance for trial and jury verdict - PSH | 450.00 | 8 | 3,600.00 |
| General | [Frey 02/10/17] Justin Randolph: Reviewing Seventh Circuit caselaw on Rule 54 motions for attorney's fees - PSH | 450.00 | 3.5 | 1,575.00 |
| General | [Frey 02/11/17] Justin Randolph: Reviewing Seventh Circuit caselaw on Rule 59 motions for prejudgment interest - PSH | 450.00 | 2.1 | 945.00 |
| General | [Frey 02/11/17] Justin Randolph: Reviewing FRCP Rule 59 for filing/timing requirements - PSH | 450.00 | 0.3 | 135.00 |
| General | [Frey 02/12/17] Justin Randolph: Reviewing federal caselaw on standards for determining pre-judgment interest rate on Rule 59 post-trial motions - PSH | 450.00 | 4.5 | 2,025.00 |
| General | [Frey 02/15/17] Justin Randolph: Telephone conference with JGR to discuss post-trial motions - PSH | 450.00 | 0.5 | 225.00 |
| Meetings | [Frey 02/15/17] Justin Randolph: Call with PSH re post-T motions | 450.00 | 0.5 | 225.00 |
| General | [Frey 02/16/17] Justin Randolph: Reviewing Illinois Human Rights Act and Illinois Administrative Code to determine prejudgment interest rate - PSH | 450.00 | 0.6 | 270.00 |
| General | [Frey 02/17/17] Justin Randolph: Drafting Rule 59(e) motion for prejudgment interest - PSH | 450.00 | 2.5 | 1,125.00 |
| General | [Frey 02/18/17] Justin Randolph: Continued drafting and revising Rule 59(e) motion for prejudgment interest - PSH | 450.00 | 1.2 | 540.00 |
| Pleadings | [Frey 02/20/17] Justin Randolph: Attorney Fee Motion Preparation, call with PSH re back pay, fee petition | 450.00 | 3.3 | 1,485.00 |
| General | [Frey 02/20/17] Justin Randolph: Call with JGR re attorney fee, back pay issue | 450.00 | 0.6 | 270.00 |
| Pleadings | [Frey 02/22/17] Justin Randolph: Fee petition prep/filing Phone conf with PSH | 450.00 | 1.6 | 720.00 |
| General | [Frey 02/22/17] Justin Randolph: Phone conference with JGR re fee petition and back pay - PSH | 450.00 | 0.5 | 225.00 |
| | | **Subtotal:** | | 140,580.00 |
| | | **Total:** | | 140,580.00 |
| | | Amount Paid: | | 0.00 |

|  | **Balance Due (USD):** | **$140,580.00** |
|---|---|---|