# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## BILL OF COSTS

October 3, 2018

Taxed in Favor of: **Appellant Bogustawa Frey**

| No. 17-2267 | BOGUSTAWA FREY, Plaintiff - Appellant<br><br>v.<br><br>HOTEL COLEMAN, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:12-cv-06284<br>Northern District of Illinois, Eastern Division<br>District Judge John J. Tharp | |

The mandate or agency closing letter issued in this cause on October 3, 2018.

BILL OF COSTS issued in the amount of: $500.00.

|   |   | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3. | For reproduction of briefs: | _____ | _$500.00 |

|    | | | |
|----|---|---|---|
| 4. | _____ | _____ | _____ |
| 5. | _____ | _____ | _____ |
|    | | TOTAL: | $500.00 |